# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE A. GILBERT,<br>*Plaintiff,* | CIVIL ACTION |
| v. | No. 19-2986 |
| DIPLOMAT PROPERTY MGR LLC,<br>*et al.,*<br>*Defendants.* | |

## ORDER

AND NOW, this 11TH day of September 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 10), and in accordance with the accompanying memorandum, Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED,** without prejudice.

BY THE COURT:

_____
CHAD F. KENNEY, J.