# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE A. GILBERT,<br>*Plaintiff*,<br><br>v.<br><br>DIPLOMAT PROPERTY MGR LLC, et al.,<br>*Defendants*. | NO. 19-CV-2986 |

## ORDER

AND NOW, this 8th day of November, 2019, upon consideration of Plaintiff Bruce A Gilbert's Motion to Proceed *In Forma Pauperis* (ECF No. 19) and Amended Complaint (ECF Nos. 18, 20) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED AS MOOT**, having already been granted the relief.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE